IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALBERT EDMOND                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 5:05CV24DCB-JCS

THELMA LINDSEY, ET AL.                                                                        DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, the court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the   3rd   day of  November  , 2006  .


           s/ James C. Sumner
           UNITED STATES MAGISTRATE JUDGE