IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ALBERT EDMOND                                                                              PLAINTIFF

VS.                                                            CIVIL ACTION NO. 5:05CV24JCS

THELMA LINDSEY, ET AL.                                                              DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion and order entered this date, the June 27, 2008 ruling granting plaintiff's oral motion to dismiss defendant Larry Hardy and the memorandum opinion and order issued March 27, 2008, the court finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the _26th day of September, 2008 .

s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE